UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1363 RHK/JGL

| | | |
|---|---|---|
| JOHN M. RICKS, Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| T. C. PETERSON AND J. JARVIS, Defendants. | ) | |

This matter came before the court on the Defendants' Motion for Extension of Time, and no hearing thereon being necessary, it is hereby

**ORDERED** that the time within which the Defendants have to respond to the Complaint is extended to and including October 6, 2000.

Dated: Aug. 15/2000

JONATHAN G. LEBEDOFF
United States Magistrate Judge

FILED AUG 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK