UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1363 RHK/JGL

JOHN M. RICKS,
Plaintiff,
v.
T. C. PETERSON AND J. JARVIS,
Defendants.

**O R D E R**

This matter came before the court on the Defendants' Motion for Extension of Time, and no hearing thereon being necessary, it is hereby

**ORDERED** that the time within which the Defendants have to respond to the Complaint is extended to and including October 20, 2000.

Dated: OCT 13, 2000

JONATHAN G. LEBEDOFF
United States Magistrate Judge

FILED OCT 13 2000
FRANCIS E. DOSAL, CLERK