UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1363 (RHK/JGL)

JOHN M. RICKS,

Plaintiff,

v.

PRETRIAL ORDER

T.C. PETERSON and
J. JARVIS,

Defendants.

The above-entitled matter is before the undersigned United States Magistrate Judge of U.S. District Court, District of Minnesota, on Plaintiff's Complaint for Violation of Civil Rights under 42 U.S.C. §1983. This case was referred to this Court pursuant to 28 U.S.C. §636 and Local Rule 72.1(c)(1).

On October 20, 2000, Defendants filed a Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 16, and in order to secure the just, speedy, and inexpensive determination of this action, the Court orders that Plaintiff file and serve a response to Defendants' motion within thirty (30) days following service of Defendants' motion. This deadline may be modified only upon formal motion and a showing of good cause; failure to respond to the motion may result in dismissal of Plaintiff s claims. The motion will be considered on the papers without oral argument unless the Court determines there is a specific need to hold a hearing.

The Court will accept no ex parte communications. All motions shall be filed with the Clerk of Court with a copy sent to the opposing party.

Based on the foregoing, and all the files, records and proceedings herein,

OCT 2 5 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED** that Plaintiff file and serve a response to Defendants' Motion to Dismiss within thirty (30) days following service of Defendants' motion.

Dated: October 25, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge