28

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTHE DIVISION
CIVIL NO. 00-1363 (RHK/JGL)

| | | |
|---|---|---|
| JOHN M. RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | ORDER |
| | ) | |
| | ) | |
| T.C. PETERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the court on the Plaintiff's Motion for Extension of Time, and no hearing thereon being necessary, it is hereby ORDERED that the time within which the Plaintiff has to respond to the Defendants' Motion to Dismiss is extended to and including January 22, 2001.

Dated: Nov 27, 2000

Jonathan G. Lebedoff
United States Magistrate Judge

FILED NOV 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______