**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**JOHN M. RICKS,** Civil File No. 00-1363 (RHK/JGL)

Plaintiff,

v. **O R D E R**

**T.C. PETERSON and J. JARVIS,**

Defendants.

---

John M. Ricks, pro se.

Friedrich Anson Paul Siekert, Esq., Assistant United States Attorney, for Defendants.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Plaintiff John M. Ricks' motion for extension of time to file opposition to Defendants' motion to dismiss (no doc. no.). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Mr. Ricks requests a sixty day extension on the grounds that "additional time is needed to await the resolution by the Courts of Plaintiff's motion for leave to conduct discovery submitted separately." The Court notes that Plaintiff has already requested and received one sixty day extension; his response was due originally in November 2000. Furthermore, upon review of the docket, there is no outstanding Plaintiff's motion for leave to conduct

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

discovery. Plaintiff is ordered to submit his response to Defendants' motion to dismiss by February 28, 2001. Plaintiff is further advised that this Court will grant no further extensions to Plaintiff.

Based upon the above and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's motion for extension of time (no doc. no.) is **GRANTED**; and

(2) Plaintiff must file and serve a response to Defendants' motion by February 28, 2001.

Dated: January 22, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge