**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John M. Ricks,

Plaintiff,

vs. Civil No. 00-1363 (RHK/JGL)

T.C. Peterson and J. Jarvis, **ORDER**

Defendants.

---

Plaintiff's Motion to Recuse Magistrate (Doc. No. 40) is without meri:.

Accordingly, it is **DENIED**.

Dated: February 26, 2001

RICHARD H. KYLE
United States District Judge

FILED FEB 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK