**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John M. Ricks,

Plaintiff,

vs. Civil No. 00-1363 (RHK/JGL)

T.C. Peterson and J. Jarvis, **ORDER**

Defendants.

---

Before the Court is Plaintiff's Appeal from the February 5, 2001 Order of Magistrate Judge J. G. Lebedoff. The Court has reviewed the Memorandum in Support of the Appeal, Judge Lebedoff's February 5, 2001 Order, and all the files, records, and proceedings herein.

The standard of review is whether the Order appealed from is clearly erroneous or contrary to law. Clearly it is neither. Were the Court to apply the de novo standard of review, the Order would likewise be affirmed for the reasons set forth by Judge Lebedoff.

Upon all the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Appeal is **DISMISSED**;

2. The February 5, 2001 Order (Doc. No. 37) is **AFFIRMED**;

3. Plaintiff's Motion for Leave to Conduct Discovery and for Extension of Time (Doc. No. 31) is **DENIED**;

FILED FEB 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Plaintiff's Motion in Limine to Exclude Particulars of Plaintiff's Conviction (Doc. No. 32) is **DENIED WITHOUT PREJUDICE**; and

5. Plaintiff's Motion to Impose Rule 11 Sanctions (Doc. No. 35) is **DENIED**.

Dated: February 26, 2001

RICHARD H. KYLE
United States District Judge