# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John M. Ricks

Plaintiff

v.

T.C. Peterson and J. Jarvis

Defendants

Case No. Civil 00-1363 RHK/JGL

***JUDGMENT IN A CIVIL CASE***

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The Report and Recommendation is adopted. The motion to dismiss is granted. The complaint is dismissed without prejudice.

DATE:

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk