**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John M. Ricks,

Plaintiff,

vs. Civil No. 00-1363 (RHK/JGL)

T.C. Peterson and J. Jarvis, **ORDER**

Defendants.

---

Before the Court is Plaintiff's letter request, pursuant to D. Minn. LR 7.1(g) for permission to file a Motion for Reconsideration of this Court's May 4, 2001 Order dismissing the Complaint without prejudice.

Upon all the files, records, and proceedings herein, the letter request (Doc. No. 55) is **DENIED**.

Dated: June 15, 2001

RICHARD H. KYLE
United States District Judge

FILED JUN 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________